In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-26-00149-CV**
_____

**IN RE YAN Z. ZOU**

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 26-02-01907**

**MEMORANDUM OPINION**

Before we issued an opinion, Relator Yan Z. Zou filed a motion to dismiss Relator's original proceeding seeking a writ of mandamus. We grant the motion and dismiss this original proceeding without reference to the merits.

PETITION DISMISSED.

PER CURIAM

Submitted on May 13, 2026
Opinion Delivered May 14, 2026

Before Golemon, C.J., Johnson and Wright, JJ.